# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 09-021 |
| STEVEN LEMON | SECTION: "C" |

## ORDER AND REASONS

Before the Court is defendant's Motion to Dismiss Indictment. (Rec. Doc. 19.) The United States Government opposes. (Rec. Doc. 20.) This matter was taken under advisement on the briefs without oral argument. Based on the memoranda by parties and the applicable law, the Court denies defendant's motion for the following reasons.

Defendant challenged the constitutionality of 18 U.S.C. §2250 as applied. In particular, defendant argued the registration and penalty aspects of the Sex Offender Registration and Notification Act statute exceeded Congress' authority under the Commerce Clause of the U.S. Constitution. See 18 U.S.C. §2250; 42 U.S.C. §16913. After the briefs were filed in this case, but before the hearing date on this motion, the Fifth Circuit issued its opinion in *United States of America v. Robert Lee Whaley*, 2009 WL 2153651, No. 08-10951, (5th Cir. July 21, 2009.) In *Whaley*, the Fifth Circuit specifically upheld the constitutionality of these two provisions as a lawful exercise of congressional power under the Commerce Clause of the U.S. Constitution. This Court finds defendant's motion foreclosed by the Fifth Circuit's opinion in *Whaley*.

Accordingly,

IT IS ORDERED that defendant's Motion to Dismiss Indictment (Rec. Doc. 19) is DENIED.

New Orleans, Louisiana, this 27th day of July, 2009.

                                                **HELEN G. BERRIGAN**
                                                **UNITED STATES DISTRICT JUDGE**